IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOUISE BOONE                                                                   PLAINTIFF

v.                             No. 4:05CV01258 GH

METROPOLITAN LIFE INSURANCE COMPANY                                            DEFENDANT

## ORDER

Pursuant to the settlement of the parties, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 22nd day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE